**SEALED**
BY THE ORDER OF THE COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | | |
|---|---|---|
| United States of America<br>v.<br>Lance William Fox<br><br>Defendant(s) | ) ) ) ) ) ) ) ) | Case No.  Mag. No. 24- 1124 WRP<br><br>**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)** |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
October 26, 2024
Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 25, 2024__ in the county of __Oahu__ in the __--__ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(8) | Prohibited person in possession of ammunition |
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) | Possession with intent to distribute a controlled substance (50+ grams of methamphetamine) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA SA Wesley F. Monaco
Printed name and title

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: October 26, 2024

City and state: Honolulu, Hawaii

_____
Wes Reber Porter
United States Magistrate Judge



**SEALED**
**BY THE ORDER OF THE COURT**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

### INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that on or about October 25, 2024, within the District of Hawaii, LANCE WILLIAM FOX ("FOX"), the defendant (a) possessed, with intent to distribute, a controlled substance—specifically, 50 grams or more of methamphetamine—in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and (b) possessed ammunition as a prohibited person (prohibited due to both a prior felony conviction and status as an unlawful drug user) in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(8).

### BACKGROUND

2. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been since December 2023. As a Special Agent with DEA, my duties include the investigation of violations of federal laws concerning the transportation, importation, manufacture, possession, and distribution of controlled substances.

3. I completed 17 weeks of Federal Law Enforcement Training, graduating from the DEA Basic Agent Training Program in December 2023, with

training in legal, tactical, and investigative skills. Before joining the DEA, I earned a B.A. in Political Science from St. Michael's College and an M.A. in Business and Organizational Security Management from Webster University. I also served 12 years as a U.S. Army Military Police Officer, with roles in command, investigation, and law enforcement.

4. My experience includes surveillance, interviews, undercover operations, and drug evidence seizures, all of which form the basis for my conclusions below. Through my own investigations and collaboration with other law enforcement officers in Hawaii, I have become well-versed in the patterns and tactics used by drug traffickers in Hawaii, and have extensive involvement in methamphetamine cases in Hawaii. I am also familiar with the use of firearms in drug trafficking, including how drug traffickers frequently use firearms to protect drugs and drug proceeds, enforce territory, and intimidate rivals and customers.

5. This affidavit is intended to show merely that there is sufficient probable cause for the specified violations of federal law and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6. I have spoken with other law enforcement officers and reviewed Honolulu Police Department (HPD) reports relating to an incident that occurred on October 25, 2024, from which I have learned, in substance and in part, the following:

2

a. On the evening of October 25, 2024, while HPD officers were investigating a separate vehicle for criminal activity at a residence on Booth Road, Honolulu, Hawaii, 96813, an HPD officer observed a gray Hyundai Elantra bearing Hawaii License Plate "WZV 059" parked in the same driveway approximately ten feet away. The HPD Officer observed one occupant in the driver's seat of the Hyundai and identified the driver as FOX. From prior police encounters, briefings, and investigations, the HPD officer knew that FOX was suspected of involvement in various criminal activities, including firearm-related burglaries and drug trafficking, and possessing firearms.

b. As the HPD officer approached the Hyundai, he observed FOX leaning his upper body towards the front passenger area of the Hyundai, with his hand towards the floorboard area as if he was frantically reaching for something. Based on the HPD officer's training and experience, this behavior was characteristic of an individual appearing to try and grab a weapon or something that he did not want the HPD officer to locate.

c. The HPD officer recognized FOX and approached the Hyundai from the passenger side and observed the front passenger window was rolled all the way down. The HPD officer ordered FOX to raise his hands and then conducted a visual scan of the front cabin area, where FOX was reaching.

3

       The HPD officer observed a glass pipe on the passenger seat, consistent with those commonly used to smoke methamphetamine based on his experience. The pipe had a bulbous end with white residue along its walls and brown residue within the bulbous end. Additionally, the officer saw a black pistol-type firearm on the floor near the passenger seat.

d. The HPD officer ordered FOX to exit the Hyundai. HPD conducted a Criminal Justice Information System records check for FOX which indicated FOX was a convicted felon and the Hyundai was registered to FOX. FOX was placed under arrest for Promoting a Dangerous Drug in the Third Degree, Place to Keep Pistol, Felon in Possession of a Firearm, and Felon in Possession of Ammunition. HPD seized one Ziploc bag from FOX's pocket on his shorts, containing approximately 5.74 gross grams of a green leafy substance suspected to be marijuana. HPD secured a black fanny pack recovered from FOX and the Hyundai, which were transported and secured at Kalihi HPD station.

7. On the morning of October 26, 2024, federal law enforcement lawfully searched the Hyundai and FOX's black fanny pack. The fanny pack contained one Glock-style pistol magazine loaded with six .40 caliber rounds, two Ziploc baggies containing approximately 58 gross grams of a crystalline substance which field

tested positive for methamphetamine,[1] and two Ziploc baggies containing approximately four grams of a white powdery substance which field tested positive for cocaine. Photographs of the Glock-style pistol magazine and the two Ziploc baggies containing methamphetamine are below:



8. The Hyundai also contained the aforementioned glass pipe from the front passenger seat and a Glock-style .40 caliber pistol with a round loaded in the chamber and a magazine inserted into the magazine well containing six rounds.[2] Photographs of the glass pipe and the Glock-style pistol (in the Hyundai and after being rendered safe) are below:

---

[1] Given that nearly all methamphetamine in Hawaii is highly pure, often exceeding 90%, there is probable cause to believe that a 58-gram quantity contains at least 50 grams of pure methamphetamine.

[2] The pistol was compatible with the magazine loaded with six .40 caliber rounds recovered from FOX's fanny pack.



9. Law enforcement also seized four Ziploc bags containing approximately 113 gross grams of a green leafy substance suspected to be marijuana, a black shotgun-style airsoft with a 20-gauge shotgun shell inserted into the magazine well, a black digital scale with white crystalline residue consistent with methamphetamine (and consistent with scales used by drug traffickers), a ten-milliliter liquid vial of Sustanon 300 suspected to be an injectable steroid, one round of .556 caliber rifle ammunition, and one gold-tan frame for a pistol firearm. Photographs of the scale, airsoft-style shotgun, and marijuana are below:



6

## Interstate and Foreign Nexus

10. Special Agent Joe Villagomez with the Bureau of Alcohol, Tobacco, Firearms and Explosives reviewed the firearms and ammunition. SA Villagomez confirmed the ammunition was not manufactured in the State of Hawaii, and thus, necessarily traveled through interstate and/or foreign commerce prior to being possessed in the State of Hawaii. Preliminary analysis suggest the Glock-style firearm appears to be a privately manufactured firearm.

## Conviction and Status as a Felon

11. On October 26, 2024, I conducted checks on law enforcement databases and confirmed that FOX was previously convicted of at least one felony offense, namely a crime punishable by imprisonment for a term exceeding one year, including a conviction in 2013 for Promoting a Dangerous Drug in the 3rd Degree. FOX is also a registered sexual offender for a Sexual Assault 4.

## CONCLUSION

12. Based on the foregoing, I believe there is probable cause to arrest FOX for possessing, with intent to distribute, a controlled substance—specifically, 50 grams or more of methamphetamine—in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and possessing ammunition as a prohibited person due to both a prior felony conviction and status as an unlawful drug user, in violation of 18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(8).

DATED: Honolulu, Hawaii, October 26, 2024.

Respectfully submitted,

_____
Wesley F. Monaco
Special Agent
Drug Enforcement Administration

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this 26th day of October, 2024, in Honolulu, Hawaii.



_____
Wes Reber Porter
United States Magistrate Judge

8